**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARIA F. WALLACE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **3:11-CV-0858-M (BK)** |
| | § | |
| **PARAMOUNT MULTISERVICES INC./** | § | |
| **RESULTS TECHNOLOGY, INC.,** | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.

The Court does not understand the Plaintiff's comment that Magistrate Judge Toliver did not accurately reference her answer #4 to the Magistrate Judge's Questionnaire. This Court finds the reference of Magistrate Judge Toliver to be accurate.

The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 5th day of July, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS